

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-22-00117-CV

**IN THE INTEREST OF A.G.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01479
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. No costs are assessed against appellant because she is indigent.

Counsel's motion to withdraw is DENIED.

SIGNED July 20, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice